Rel: May 9, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0620

Brett D. McCrory and TLC Transportation, Inc. v. Freight Zone
Transportation, LLC (Appeal from Morgan Circuit Court: CV-23-
900032).

STEWART, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Wise, Sellers, Mitchell, and McCool, JJ., concur.